IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SPRINT NEXTEL CORPORATION d/b/a
SPRINT NEXTEL,   CASE NO. 8:06-CV-00484-T-17TGW

    Plaintiff,

v.

SAN MARCO & ASSOCIATES PRIVATE
INVESTIGATION INC.; CHARLES S. SAN
MARCO; DAWN BREMS; JESSICA
DENESSEN; JOHN DOES 1-100; and
XYZ CORPORATIONS 1-100,

    Defendants.    /

## FINAL JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS SAN MARCO & ASSOCIATES PRIVATE INVESTIGATION INC., CHARLES S. SAN MARCO, DAWN BREMS, AND JESSICA DENESSEN

Plaintiff, Sprint Nextel Corporation d/b/a Sprint Nextel ("Sprint Nextel"), brought the above-captioned lawsuit against Defendants, San Marco & Associates Private Investigation Inc., Charles S. San Marco, Dawn Brems, and Jessica Denessen (collectively the "Defendants"), alleging that Defendants were engaged in the unlawful practice of pretexting for confidential customer information that has caused substantial harm to Sprint Nextel and to consumers generally.

Sprint Nextel alleges Defendants engaged in fraud to unlawfully obtain and disseminate, for profit, confidential customer information from Sprint Nextel, including customer call records. Sprint Nextel further alleges that Defendants employed a pattern of fraud, trickery, and deceit to circumvent Sprint Nextel's safeguards and verification measures.

The Complaint asserts three claims against Defendants: fraud, violation of the Florida Deceptive and Unfair Trade Practices Act, Fla. Stat. §§ 501.201 *et seq.*, and civil conspiracy.

Defendants admit their liability under the claims asserted by Sprint Nextel. The Court, having reviewed the record in this case, considered the Complaint and Joint Motion for entry of this Order, and having been advised that Sprint Nextel and Defendants have reached a full resolution of all claims asserted in the Complaint, accordingly hereby:

**ORDERS, ADJUDGES and DECREES** that:

1. This Court has jurisdiction over all the parties and all of the claims set forth in Sprint Nextel's Complaint.

2. The Court finds that Sprint Nextel has an interest in maintaining its good will, reputation, and relationships with customers, and that such valuable assets will be substantially and irreparably damaged if Defendants are not enjoined. Moreover, Defendants' schemes substantially and recurrently burden Sprint Nextel's customer service resources and detract from service provided to real customers, which causes continuing and irreparable damage to Sprint Nextel.

3. The Court finds that Defendants' conduct, as alleged in the Complaint, constitutes fraud, civil conspiracy, and a violation of the Florida Deceptive and Unfair Trade Practices Act, Fla. Stat. §§ 501.201 *et seq.*

4. The Court finds Defendants' conduct has caused substantial harm to Sprint Nextel and the public interest, and will continue to cause substantial harm to Sprint Nextel and the public interest, unless enjoined. Consequently, Sprint Nextel is entitled to injunctive relief on the claims set forth in its Complaint.

5. Final judgment is hereby entered against the Defendants, San Marco & Associates Private Investigation Inc., Charles S. San Marco, Dawn Brems, and Jessica Denessen, and in

favor of the Plaintiff, Sprint Nextel Corporation d/b/a Sprint Nextel, on all of the claims set forth in Sprint Nextel's Complaint.

6. Defendants, and each and all of their representatives, agents, assigns, employees, independent contractors, relatives, associates, servants and any and all persons and entities in active concert and participation with them who receive notice of this Order shall be and hereby are PERMANENTLY ENJOINED from:

a. Obtaining, directly or indirectly, from Sprint Nextel any information, including, but not limited to, customer calling or billing records, regarding any of its customers or any Sprint Nextel confidential or proprietary business information or trade secrets without valid legal process or the customers' express written and notarized consent;

b. Attempting or assisting in any way, to directly or indirectly obtain any information from Sprint Nextel regarding any of its customers, including, but not limited to, customer calling or billing records, or any Sprint Nextel confidential or proprietary business information without valid legal process or the customers' express written and notarized consent or as authorized by law;

c. Selling any information regarding or related to Sprint Nextel customer accounts, including, but not limited to, customer calling or billing records, or any Sprint Nextel confidential or proprietary business information without valid legal process, the customers' express written and notarized consent or as authorized by law;

d. Advertising or making statements that they can or will obtain non-public information regarding wireless telephone subscribers, including, but not limited to, on any Internet website or via a flyer or promotional materials, other than that authorized by law;

e.  Knowingly using any Sprint Nextel customer information, including, but not limited to, customer calling or billing records, or any confidential or proprietary business information obtained from Sprint Nextel without valid legal process, without the customers' express written and notarized consent for any purpose, or as authorized by law;

f.  Providing any Sprint Nextel customer information, including, but not limited to, customer calling or billing records, or any Sprint Nextel confidential or proprietary business information currently in their possession to anyone other than Sprint Nextel without valid legal process, without the customers' express written and notarized consent or as authorized by law;

g.  Participating, assisting or engaging in any transaction with any other person or entity engaging in or performing any of the activities in paragraphs a, b, c, d, e or f above;

h.  Using the name, number or any other identification of any Sprint Nextel employee or customer for any purpose;

i.  Contacting Sprint Nextel, including any Sprint Nextel customer service center; and

j.  Disposing of any Sprint Nextel customer information or any information related to the persons or entities that researched or obtained Sprint Nextel customer information, other than by returning it to Sprint Nextel or as authorized by law.

7.  Defendants and Sprint Nextel waive their right to appeal from the entry of this Final Judgment.

8.  The Court retains jurisdiction over this matter and the parties to this action in order to punish any violation of the terms of this Permanent Injunction by a finding of contempt.

*Sprint Nextel etc. v. San Marco & Associates Private Inv., Inc., et al.*
CASE NO 8:06-CV-00484-T-17TGW

9. The prevailing party in any proceeding to enforce compliance with the terms of this Permanent Injunction shall be entitled to an award of its attorneys' fees and costs.

10. Plaintiff SPRINT NEXTEL CORPORATION D/B/A SPRINT NEXTEL, 2001 Edmund Halley Drive, Reston, VA 20191, shall recover from Defendant, SAN MARCO AND ASSOCIATES PRIVATE INVESTIGATION, INC., 10387 Gandy Boulevard #104, St. Petersburg, FL 33702, the sum of Two Million Dollars and no cents ($2,000,000.00) for damages, that shall bear interest at a rate of 11% *per annum*, for which let execution issue.

DONE AND ORDERED in Tampa, Florida, this 15th day of May, 2007.

The Honorable Elizabeth A. Kovachevich
United States District Judge

Copies furnished to:

James B. Baldinger, *attorney for Plaintiff Sprint Nextel Inc.*
Michael Joseph Keane, *attorney for Defendants San Marco & Associates Private Investigation Inc., Charles S. San Marco, Dawn Brems, and Jessica Denessen*

5